UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
          Plaintiff,                         )
                                             )
v.                                           ) Case No.: 4:25-cr237-RWS/PLC
                                             )
DANIEL PAULINO,                              )
                                             )
          Defendants.                        )

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW Defendant, Daniel Paulino, by and through counsel, and hereby moves this Court, pursuant to 18 U.S.C. § 3145(a)(2), to modify his conditions of release for the purposes identified below.   In support of this motion, Defendant states as follows:

1. Defendant was arraigned on May 2, 2025.

2. On that same day, this Court admitted Defendant to bail on a combination of conditions of release, [Doc. Text #12], determining that the conditions imposed would reasonably assure both his appearance at trial and the safety of the community.

3. Condition (f) is among the conditions imposed by this Court.   Condition (f) restricts Defendant's travel.

4. Defendant has an ownership interest in R & B Towing, a tow company with physical address of 6208 State Route 111, Edwardsville, IL 62025 which is located in the Southern District of Illinois.

5. Defendant seeks to modify his current conditions of release to allow him to travel to his business to perform necessary work every Monday, Wednesday and Friday.

1

6. Defendant will only be handling maintenance related issues and is aware that he is prohibited from having any involvement in any financial aspect of the business.

7. To date, Defendant has complied with all conditions of bond.

8. Defendant has given no reason to this Court or any individual to presume this modification request will present either a meaningful risk of flight or a danger to the community.

9. Defendant, through counsel, has discussed this matter with assistant United States attorney, Hal Goldsmith. Mr. Goldsmith is unopposed to Defendant's request.

10. Defendant, through counsel, has also discussed this matter with Eastern District of Missouri Pretrial Services Officer, John Flick. Mr. Flick is unopposed to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court modify his conditions of release for the purposes identified above.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON

By: */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM, #33390MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.